# Court of Appeals
# of the State of Georgia

ATLANTA,___May 18, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1443. CRANDALL POSTELL et al. v. JAMES E. CALLOWAY d/b/a CALLOWAY CONSTRUCTION.

Crandall Postell and his attorney filed a direct appeal from the trial court's order directing them to pay attorney fees under OCGA § 9-15-14. We, however, lack jurisdiction. Appeals from orders awarding attorney fees and litigation expenses under OCGA § 9-15-14 must be made by discretionary application, not direct appeal. See OCGA § 5-6-35 (a) (10). Postell's failure to comply with the discretionary review procedure deprives us of jurisdiction over this appeal. See *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840 (560 SE2d 730) (2002). Because a direct appeal is not available from an OCGA § 9-15-14 attorney fee award which is not part of a judgment that is otherwise directly appealable, we lack jurisdiction. This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,_____05/18/2016_____*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*